**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**GREGORY GILREATH,**

        **Plaintiff,**

**-vs-**                                           **Case No. 3-:03-CV-118**

**CLEMENS & COMPANY, et al.,**

                                                            **Judge Thomas M. Rose**

        **Defendants.**

---

**ENTRY AND ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS (Doc. #94) AND ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATIONS (Doc. #93)**

---

      As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's objections (Doc. # 94) to the Magistrate Judge's Report and Recommendations regarding Defendants' Motions for Summary Judgment (Doc. #93) are not well taken and they are hereby OVERRULED.

      Accordingly, the Magistrate Judge's Report and Recommendations (Doc. #93) is ADOPTED in its entirety. There are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law on all of Plaintiff's claims. Plaintiff's claims are, therefore, DISMISSED.

**DONE** and **ORDERED** in Dayton, Ohio, this Eleventh day of August, 2005.

                s/Thomas M. Rose

              _____
                THOMAS M. ROSE
              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record