# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - AT DAYTON

| | | |
|---|---|---|
| GREGORY GILREATH | : | CASE NO. C-3-03-118 |
| Plaintiff | : | JUDGE THOMAS M. ROSE |
| | : | CHIEF MAGISTRATE JUDGE MICHAEL R. MERZ |
| -vs- | : | |
| CLEMENS & COMPANY, et al. | : | **AGREED ORDER DISMISSING DEFENDANT DONNELL, INC. AND CLEMENS & COMPANY'S COUNTERCLAIMS AND TERMINATING CASE** |
| Defendants. | : | |
| | : | |

_____

Pursuant to Federal Rule of Civil Procedure 41(C) and Local Rule 7.3 and with the consent of Plaintiff Gregory Gilreath and Defendants Donnell, Inc. and Clemens & Company, it is hereby ORDERED that the Defendants' remaining counterclaims and all claims raised therein are hereby DISMISSED.

Also, the Court finds that the claims dismissed herein were the only claims remaining to be adjudicated. Therefore, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED THIS NINETEENTH DAY OF AUGUST, 2005.

s/Thomas M. Rose

_____

Thomas M. Rose
UNITED STATES DISTRICT JUDGE

1

2

AGREED:

| | |
|---|---|
| /s/ Robert T. Dunlevey, Jr. | /s/ Patrick J. Conboy II |
| Robert T. Dunlevey, Jr. (#0011154) | Patrick J. Conboy II (#0070073) |
| Stephen A. Watring (0007761) | 5613 Brandt Pike |
| DUNLEVEY, MAHAN & FURRY | Huber Heights, Ohio 45424, |
| 110 North Main Street, Suite 1000 | (937) 237-9485 |
| Dayton, Ohio 45402-1738 | (937) 237-1978 (facsimile) |
| (937) 223-6003 | Attorney for Plaintiff |
| (937) 223-8550 (facsimile) | |
| Attorneys for Defendant | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on August _____, 2005, the foregoing Agreed Order was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick J. Conboy II and John R. Doll.

/s/ Robert T. Dunlevey, Jr.
Robert T. Dunlevey, Jr. (#0011154)